IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:<br>**DEBORAH G. HAINER**<br><br>Debtor<br><br>**DEBORAH G. HAINER**<br>Movant<br><br>v.<br><br>No Respondent | : : : : : : : : : : : : : : : | Bankruptcy No. **19-23474**<br><br>Chapter **13**<br><br>Related to Document No. |

## NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I,  __**Russell A. Burdelski, Esquire**__ , counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above captioned case regarding the filing of an amendment to the schedules.

FIRST NATIONAL BANK
4140 EAST STATE STREET
Hermitage, PA 16148

GM FINANCIAL
PO BOX 183834
Arlington, TX 76096-3834

IRS
1000 LIBERTY AVENUE
STE 727
Pittsburgh, PA 15222

MTSA
418 ARCADIA DRIVE
Pittsburgh, PA 15237

PLANET HOME LENDING
321 RESEARCH PARKWAY SUITE 303
Meriden, CT 06450

US BANK NA
4828 LOOP CENTRAL DRIVE
Houston, TX 77081

**PAWB Local Form 30 (07/13)**

US BANK, NA

C/O KML Law Group

Ste 5000, BNY Independence Ctr

701 Market Street

Philadelphia, PA 19106

By: **/s/ Russell A. Burdelski, Esquire**

Signature
**Russell A. Burdelski, Esquire**

Typed Name
**1020 PERRY HIGHWAY**
**Pittsburgh, PA 15237**

Address
**412-366-1511 Fax:(412) 366-1711**

Phone No.
**72688 PA**

List Bar I.D. and State of Admission