## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

Deborah Hainer                      )

                                    )

              Debtor(s)             )

_____                )

Deborah Hainer                      )

        Debtor/Movant               )

                                    )

                                    )

                                    )

Case No. _19-23474

Chapter 13
Filed Under Local Bankruptcy
Rule 9013.4 para. 6(b)

## DEBTOR'S AFFIDAVIT OF INCOME

I, Deborah Hainer swear under penalty of perjury, that during the past 6 months I have had as my source of income for myself is social security and Pension as listed below and that I have also had earned the wage earner money listed on my paystubs

| Social Security amount | Pension Amount | Month/year |
|---|---|---|
| $1077 | $835.17 | 2/2019 |
| $1077 | $835.17 | 3/2019 |
| $1077 | $835.17 | 4/2019 |
| $1077 | $835.17 | 5/2019 |
| $1077 | $835.17 | 6/2019 |
| $1077 | $835.17 | 7/2019 |

9/19/19____DATE

X /s/ Deborah Hainer _____
        Deborah Hainer, Debtor

**aramark**

Aramark Facility Services, LLC
1101 Market Street
Philadelphia, PA 19107
800-729-5432

| Pay Statement | |
|---|---|
| Period Start Date | 01/17/2019 |
| Period End Date | 01/30/2019 |
| Pay Date | 02/07/2019 |
| Document | 8691888 |
| Net Pay | $787.75 |

## Pay Details

| | | |
|---|---|---|
| Deborah G Hainer | Employee Number | 020218812 |
| 1565 Goldbaugh Lane | Pay Frequency | Biweekly |
| Wexford, PA 15090 | | |
| USA | | |

| | |
|---|---|
| Pay Group | Bi-Weekly A Wednesday 4 |
| Location | 12311 Perry Hwy |
| Line Of Bus | 82LOB - Facility Services |
| Service Type | 400 - Custodial Services |
| Profit Ctr | 000008414 |
| District | 82855B - Gasparovic, Daniel |

| | |
|---|---|
| Federal Income Tax | M 0 |
| PA State Income Tax (Residence) | S 0 |
| PA State Income Tax (Work) | S 0 |

## Earnings

| Pay Type | Week | Period Start | Period End | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|---|
| Regular Pay-Hourly | 1 | 01/17/2019 | 01/23/2019 | 32.3167 | $12.5100 | $404.28 | |
| Regular Pay-Hourly | 2 | 01/24/2019 | 01/30/2019 | 40.0000 | $12.5100 | $500.40 | $2,500.67 |
| ShftHolWrk1.5 | 1 | 01/17/2019 | 01/23/2019 | 7.5833 | $18.7650 | $142.30 | $288.58 |
| Over Time Base | 2 | 01/24/2019 | 01/30/2019 | 4.3167 | $12.5100 | $54.00 | $150.74 |
| Over Time Prem | 2 | 01/24/2019 | 01/30/2019 | 4.3167 | $6.2550 | $27.00 | $75.38 |
| Holiday Pay | | | | 0.0000 | $0.0000 | $0.00 | $197.60 |

| Total Hours Worked 84.2167 | Total Hours 84.2167 |
|---|---|

## Deductions

| Deduction | Pre-Tax | Employee | | | Employer | |
|---|---|---|---|---|---|---|
| | | Current | Arrears Taken | YTD | Current | YTD |
| Dental | Yes | $26.82 | $0.00 | $80.46 | — | — |
| Medical | Yes | $144.82 | $0.00 | $434.46 | — | — |
| Vision | Yes | $4.57 | $0.00 | $13.71 | — | — |
| GTL | No | $0.00 | $0.00 | $0.00 | $0.23 | $0.69 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $49.79 | $132.28 |
| Employee Medicare | $13.80 | $38.92 |
| Social Security Employee Tax | $59.01 | $166.43 |
| PA State Income Tax | $29.22 | $82.41 |
| PINE | $9.52 | $26.85 |
| PINE TWP | $2.00 | $6.00 |
| PA Unemployment Employee | $0.68 | $1.93 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| No records found | | |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxx7329 | | $787.75 |
| Total | | $787.75 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,127.98 | $951.77 | $164.02 | $176.21 | $787.75 |
| YTD | $3,212.97 | $2,684.34 | $454.82 | $528.63 | $2,229.52 |

*vsn 20180614*

# aramark

**Aramark Facility Services, LLC**
1101 Market Street
Philadelphia, PA 19107
800-729-5432

| Pay Statement | |
|---|---|
| Period Start Date | 01/31/2019 |
| Period End Date | 02/13/2019 |
| Pay Date | 02/21/2019 |
| Document | 8831788 |
| Net Pay | $728.15 |

## Pay Details

Deborah G Hainer
1565 Goldbaugh Lane
Wexford, PA 15090
USA

| | |
|---|---|
| Employee Number | 020218812 |
| Pay Frequency | Biweekly |

| | |
|---|---|
| Pay Group | Bi-Weekly A Wednesday 4 |
| Location | 12311 Perry Hwy |
| Line Of Bus | 82LOB - Facility Services |
| Service Type | 400 - Custodial Services |
| Profit Ctr | 000008414 |
| District | 82856L - Gasparovic, Daniel |

| | |
|---|---|
| Federal Income Tax | M 0 |
| PA State Income Tax (Residence) | S 0 |
| PA State Income Tax (Work) | S 0 |

## Earnings

| Pay Type | Week | Period Start | Period End | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|---|
| Regular Pay-Hourly | 1 | 01/31/2019 | 02/06/2019 | 40.0000 | $12.5100 | $500.40 | |
| Regular Pay-Hourly | 2 | 02/07/2019 | 02/13/2019 | 40.0000 | $12.5100 | $500.40 | $3,501.47 |
| Over Time Base | 1 | 01/31/2019 | 02/06/2019 | 1.8333 | $12.5100 | $22.93 | |
| Over Time Base | 2 | 02/07/2019 | 02/13/2019 | 0.8833 | $12.5100 | $11.05 | $184.72 |
| Over Time Prem | 1 | 01/31/2019 | 02/06/2019 | 1.8333 | $6.2550 | $11.47 | |
| Over Time Prem | 2 | 02/07/2019 | 02/13/2019 | 0.8833 | $6.2550 | $5.53 | $92.38 |
| ShftHolWrk1.5 | | | | 0.0000 | $0.0000 | $0.00 | $288.58 |
| Holiday Pay | | | | 0.0000 | $0.0000 | $0.00 | $197.60 |

| Total Hours Worked 82.7166 | Total Hours 82.7166 |
|---|---|

## Deductions

| Deduction | Pre-Tax | Employee | | | Employer | |
|---|---|---|---|---|---|---|
| | | Current | Arrears Taken | YTD | Current | YTD |
| Dental | Yes | $26.82 | $0.00 | $107.28 | — | — |
| Medical | Yes | $144.82 | $0.00 | $579.28 | — | — |
| Vision | Yes | $4.57 | $0.00 | $18.28 | — | — |
| GTL | No | $0.00 | $0.00 | $0.00 | $0.23 | $0.92 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $42.17 | $174.45 |
| Employee Medicare | $12.70 | $51.62 |
| Social Security Employee Tax | $54.28 | $220.71 |
| PA State Income Tax | $26.88 | $109.29 |
| PINE | $8.76 | $35.61 |
| PINE TWP | $2.00 | $8.00 |
| PA Unemployment Employee | $0.63 | $2.56 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| No records found | | |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxx7329 | | $728.15 |
| Total | | $728.15 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,051.78 | $875.57 | $147.42 | $176.21 | $728.15 |
| YTD | $4,264.75 | $3,559.91 | $602.24 | $704.84 | $2,957.67 |

vsn 20180614

# aramark

Aramark Facility Services, LLC
1101 Market Street
Philadelphia, PA 19107
800-729-5432

| Pay Statement | |
|---|---|
| Period Start Date | 02/14/2019 |
| Period End Date | 02/27/2019 |
| Pay Date | 03/07/2019 |
| Document | 8968847 |
| Net Pay | $846.55 |

## Pay Details

| Deborah G Hainer | | Employee Number | 020218812 | Pay Group | Bi-Weekly A Wednesday 4 | Federal Income Tax | M 0 |
|---|---|---|---|---|---|---|---|
| 1565 Goldbaugh Lane | | Pay Frequency | Biweekly | Location | 12311 Perry Hwy | PA State Income Tax (Residence) | S 0 |
| Wexford, PA 15090 | | | | Line Of Bus | 82LOB - Facility Services | PA State Income Tax (Work) | S 0 |
| USA | | | | Service Type | 400 - Custodial Services | | |
| | | | | Profit Ctr | 000008414 | | |
| | | | | District | 82856L - Gasparovic, Daniel | | |

## Earnings

| Pay Type | Week | Period Start | Period End | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|---|
| Regular Pay-Hourly | 1 | 02/14/2019 | 02/20/2019 | 40.0000 | $12.5100 | $500.40 | |
| Regular Pay-Hourly | 2 | 02/21/2019 | 02/27/2019 | 40.0000 | $12.5100 | $500.40 | $4,502.27 |
| Over Time Base | 1 | 02/14/2019 | 02/20/2019 | 9.4000 | $12.5100 | $117.59 | |
| Over Time Base | 2 | 02/21/2019 | 02/27/2019 | 1.3833 | $12.5100 | $17.31 | $319.62 |
| Over Time Prem | 1 | 02/14/2019 | 02/20/2019 | 9.4000 | $6.2550 | $58.80 | |
| Over Time Prem | 2 | 02/21/2019 | 02/27/2019 | 1.3833 | $6.2551 | $8.65 | $159.83 |
| Holiday Pay | | | | 0.0000 | $0.0000 | $0.00 | $197.60 |
| ShftHolWrk1.5 | | | | 0.0000 | $0.0000 | $0.00 | $288.58 |

| Total Hours Worked 90.7833 | Total Hours 90.7833 |
|---|---|

## Deductions

| Deduction | Pre-Tax | Employee | | | Employer | |
|---|---|---|---|---|---|---|
| | | Current | Arrears Taken | YTD | Current | YTD |
| Dental | Yes | $26.82 | $0.00 | $134.10 | — | — |
| Medical | Yes | $144.82 | $0.00 | $724.10 | — | — |
| Vision | Yes | $4.57 | $0.00 | $22.85 | — | — |
| GTL | No | $0.00 | $0.00 | $0.00 | $0.23 | $1.15 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $57.31 | $231.76 |
| Employee Medicare | $14.89 | $66.51 |
| Social Security Employee Tax | $63.67 | $284.38 |
| PA State Income Tax | $31.53 | $140.82 |
| PINE | $10.27 | $45.88 |
| PINE TWP | $2.00 | $10.00 |
| PA Unemployment Employee | $0.72 | $3.28 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| No records found | | |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxx7329 | | $846.55 |
| Total | | $846.55 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,203.15 | $1,026.94 | $180.39 | $176.21 | $846.55 |
| YTD | $5,467.90 | $4,586.85 | $782.63 | $881.05 | $3,804.22 |

vsn 20180614

**aramark**

Aramark Facility Services, LLC
2400 Market Street
Philadelphia, PA 19103
800-729-5432

| Pay Statement | |
|---|---|
| Period Start Date | 02/28/2019 |
| Period End Date | 03/13/2019 |
| Pay Date | 03/21/2019 |
| Document | 9105454 |
| Net Pay | $781.24 |

## Pay Details

| | | | | |
|---|---|---|---|---|
| Deborah G Hainer | Employee Number | 020218812 | Pay Group | Bi-Weekly A Wednesday 4 |
| 1565 Goldbaugh Lane | Pay Frequency | Biweekly | Location | 12311 Perry Hwy |
| Wexford, PA 15090 | | | Line Of Bus | 82LOB - Facility Services |
| USA | | | Service Type | 400 - Custodial Services |
| | | | Profit Ctr | 000008414 |
| | | | District | 82856L - Gasparovic, Daniel |

| Federal Income Tax | M 0 |
|---|---|
| PA State Income Tax (Residence) | S 0 |
| PA State Income Tax (Work) | S 0 |

## Earnings

| Pay Type | Week | Period Start | Period End | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|---|
| Regular Pay-Hourly | 1 | 02/28/2019 | 03/06/2019 | 40.0000 | $12.5100 | $500.40 | |
| Regular Pay-Hourly | 2 | 03/07/2019 | 03/13/2019 | 17.1500 | $12.5100 | $214.55 | $5,217.22 |
| Over Time Base | 1 | 02/28/2019 | 03/06/2019 | 5.5667 | $12.5100 | $69.64 | $389.26 |
| Over Time Prem | 1 | 02/28/2019 | 03/06/2019 | 5.5667 | $6.2550 | $34.82 | $194.65 |
| PaidTimeOffChrg | 2 | 03/07/2019 | 03/13/2019 | 24.0000 | $12.5100 | $300.24 | $300.24 |
| Holiday Pay | | | | 0.0000 | $0.0000 | $0.00 | $197.60 |
| ShftHolWrk1.5 | | | | 0.0000 | $0.0000 | $0.00 | $288.58 |

| Total Hours Worked  62.7167 | Total Hours  62.7167 |
|---|---|

## Deductions

| Deduction | Pre-Tax | Employee | | | Employer | |
|---|---|---|---|---|---|---|
| | | Current | Arrears Taken | YTD | Current | YTD |
| Dental | Yes | $26.82 | $0.00 | $160.92 | — | — |
| Medical | Yes | $144.82 | $0.00 | $868.92 | — | — |
| Vision | Yes | $4.57 | $0.00 | $27.42 | — | — |
| GTL | No | $0.00 | $0.00 | $0.00 | $0.23 | $1.38 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $48.96 | $280.72 |
| Employee Medicare | $13.68 | $80.19 |
| Social Security Employee Tax | $58.50 | $342.88 |
| PA State Income Tax | $28.96 | $169.78 |
| PINE | $9.43 | $55.31 |
| PINE TWP | $2.00 | $12.00 |
| PA Unemployment Employee | $0.67 | $3.95 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| No records found | | |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxx7329 | | $781.24 |
| Total | | $781.24 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,119.65 | $943.44 | $162.20 | $176.21 | $781.24 |
| YTD | $6,587.55 | $5,530.29 | $944.83 | $1,057.26 | $4,585.46 |

vsn 20180614

# aramark

Aramark Facility Services, LLC
2400 Market Street
Philadelphia, PA 19103
800-729-5432

**Pay Statement**

| | |
|---|---|
| Period Start Date | 03/14/2019 |
| Period End Date | 03/27/2019 |
| Pay Date | 04/04/2019 |
| Document | 9242114 |
| Net Pay | $857.31 |

## Pay Details

| | | |
|---|---|---|
| Deborah G Hainer | Employee Number | 020218812 |
| 1565 Goldbaugh Lane | Pay Frequency | Biweekly |
| Wexford, PA 15090 | | |
| USA | | |

| | | |
|---|---|---|
| Pay Group | Bi-Weekly A Wednesday 4 | |
| Location | 12311 Perry Hwy | |
| Line Of Bus | 82LOB - Facility Services | |
| Service Type | 400 - Custodial Services | |
| Profit Ctr | 000008414 | |
| District | 82856L - Gasparovic, Daniel | |

| | | |
|---|---|---|
| Federal Income Tax | M | 0 |
| PA State Income Tax (Residence) | S | 0 |
| PA  State Income Tax (Work) | S | 0 |

## Earnings

| Pay Type | Week | Period Start | Period End | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|---|
| Regular Pay-Hourly | 1 | 03/14/2019 | 03/20/2019 | 40.0000 | $12.5100 | $500.40 | |
| Regular Pay-Hourly | 2 | 03/21/2019 | 03/27/2019 | 40.0000 | $12.5100 | $500.40 | $6,218.02 |
| Over Time Base | 1 | 03/14/2019 | 03/20/2019 | 11.1000 | $12.5100 | $138.86 | |
| Over Time Base | 2 | 03/21/2019 | 03/27/2019 | 0.4167 | $12.5100 | $5.21 | $533.33 |
| Over Time Prem | 1 | 03/14/2019 | 03/20/2019 | 11.1000 | $6.2550 | $69.43 | |
| Over Time Prem | 2 | 03/21/2019 | 03/27/2019 | 0.4167 | $6.2550 | $2.61 | $266.69 |
| Holiday Pay | | | | 0.0000 | $0.0000 | $0.00 | $197.60 |
| ShftHolWrk1.5 | | | | 0.0000 | $0.0000 | $0.00 | $288.58 |
| PaidTimeOffChrg | | | | 0.0000 | $0.0000 | $0.00 | $300.24 |

| Total Hours Worked | 91.5167 | Total Hours | 91.5167 |
|---|---|---|---|

## Deductions

| Deduction | Pre-Tax | Employee | | | Employer | |
|---|---|---|---|---|---|---|
| | | Current | Arrears Taken | YTD | Current | YTD |
| Dental | Yes | $26.82 | $0.00 | $187.74 | — | — |
| Medical | Yes | $144.82 | $0.00 | $1,013.74 | — | — |
| Vision | Yes | $4.57 | $0.00 | $31.99 | — | — |
| GTL | No | $0.00 | $0.00 | $0.00 | $0.23 | $1.61 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $58.69 | $339.41 |
| Employee Medicare | $15.09 | $95.28 |
| Social Security Employee Tax | $64.52 | $407.40 |
| PA State Income Tax | $31.95 | $201.73 |
| PINE | $10.41 | $65.72 |
| PINE TWP | $2.00 | $14.00 |
| PA Unemployment Employee | $0.73 | $4.68 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| No records found | | |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxx7329 | | $857.31 |
| Total | | $857.31 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,216.91 | $1,040.70 | $183.39 | $176.21 | $857.31 |
| YTD | $7,804.46 | $6,570.99 | $1,128.22 | $1,233.47 | $5,442.77 |

vsn 20180614

# aramark

Aramark Facility Services, LLC
2400 Market Street
Philadelphia, PA 19103
800-729-5432

| Pay Statement | |
|---|---|
| Period Start Date | 03/28/2019 |
| Period End Date | 04/10/2019 |
| Pay Date | 04/18/2019 |
| Document | 9383450 |
| Net Pay | $818.07 |

## Pay Details

Deborah G Hainer
1565 Goldbaugh Lane
Wexford, PA 15090
USA

| | |
|---|---|
| Employee Number | 020218812 |
| Pay Frequency | Biweekly |

| | |
|---|---|
| Pay Group | Bi-Weekly A Wednesday 4 |
| Location | 12311 Perry Hwy |
| Line Of Bus | 82LOB - Facility Services |
| Service Type | 400 - Custodial Services |
| Profit Ctr | 000008414 |
| District | 82856L - Gasparovic, Daniel |

| | |
|---|---|
| Federal Income Tax | M 0 |
| PA State Income Tax (Residence) | S 0 |
| PA State Income Tax (Work) | S 0 |

## Earnings

| Pay Type | Week | Period Start | Period End | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|---|
| Regular Pay-Hourly | 1 | 03/28/2019 | 04/03/2019 | 40.0000 | $12.5100 | $500.40 | |
| Regular Pay-Hourly | 2 | 04/04/2019 | 04/10/2019 | 40.0000 | $12.5100 | $500.40 | $7,218.82 |
| Over Time Base | 1 | 03/28/2019 | 04/03/2019 | 4.3000 | $12.5100 | $53.79 | |
| Over Time Base | 2 | 04/04/2019 | 04/10/2019 | 3.3333 | $12.5100 | $41.70 | $628.82 |
| Over Time Prem | 1 | 03/28/2019 | 04/03/2019 | 4.3000 | $6.2550 | $26.90 | |
| Over Time Prem | 2 | 04/04/2019 | 04/10/2019 | 3.3333 | $6.5435 | $21.81 | $315.40 |
| Bonus | 2 | 04/04/2019 | 04/10/2019 | | | $25.00 | $25.00 |
| PaidTimeOffChrg | | | | 0.0000 | $0.0000 | $0.00 | $300.24 |
| Holiday Pay | | | | 0.0000 | $0.0000 | $0.00 | $197.60 |
| ShftHolWrk1.5 | | | | 0.0000 | $0.0000 | $0.00 | $288.58 |

| Total Hours Worked 87.6333 | Total Hours 87.6333 |
|---|---|

## Deductions

| Deduction | Pre-Tax | Employee | | | Employer | |
|---|---|---|---|---|---|---|
| | | Current | Arrears Taken | YTD | Current | YTD |
| Dental | Yes | $26.82 | $0.00 | $214.56 | — | — |
| Medical | Yes | $144.82 | $0.00 | $1,158.56 | — | — |
| Vision | Yes | $4.57 | $0.00 | $36.56 | — | — |
| GTL | No | $0.00 | $0.00 | $0.00 | $0.23 | $1.84 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $56.54 | $395.95 |
| Employee Medicare | $14.41 | $109.69 |
| Social Security Employee Tax | $61.62 | $469.02 |
| PA State Income Tax | $30.51 | $232.24 |
| PINE | $9.94 | $75.66 |
| PINE TWP | $2.00 | $16.00 |
| PA Unemployment Employee | $0.70 | $5.38 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| No records found | | |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxx7329 | | $818.07 |
| Total | | $818.07 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,170.00 | $993.79 | $175.72 | $176.21 | $818.07 |
| YTD | $8,974.46 | $7,564.78 | $1,303.94 | $1,409.68 | $6,260.84 |

vsn 20180614

**aramark**

Aramark Facility Services, LLC
2400 Market Street
Philadelphia, PA 19103
800-729-5432

| | |
|---|---|
| **Pay Statement** | |
| Period Start Date | 04/11/2019 |
| Period End Date | 04/24/2019 |
| Pay Date | 05/02/2019 |
| Document | 9521958 |
| Net Pay | $740.46 |

## Pay Details

Deborah G Hainer
1565 Goldbaugh Lane
Wexford, PA 15090
USA

| | |
|---|---|
| Employee Number | 020218812 |
| Pay Frequency | Biweekly |

| | |
|---|---|
| Pay Group | Bi-Weekly A Wednesday 4 |
| Location | 12311 Perry Hwy |
| Line Of Bus | 82LOB - Facility Services |
| Service Type | 400 - Custodial Services |
| Profit Ctr | 000008414 |
| District | 82856L - Gasparovic, Daniel |

| | | |
|---|---|---|
| Federal Income Tax | M | 0 |
| PA State Income Tax (Residence) | S | 0 |
| PA State Income Tax (Work) | S | 0 |

## Earnings

| Pay Type | Week | Period Start | Period End | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|---|
| Regular Pay-Hourly | 1 | 04/11/2019 | 04/17/2019 | 37.0833 | $12.5100 | $463.91 | |
| Regular Pay-Hourly | 2 | 04/18/2019 | 04/24/2019 | 40.0000 | $12.5100 | $500.40 | $8,183.13 |
| PaidTimeOffChrg | 1 | 04/11/2019 | 04/17/2019 | 4.0000 | $12.5100 | $50.04 | $350.28 |
| Over Time Base | 2 | 04/18/2019 | 04/24/2019 | 2.8333 | $12.5100 | $35.44 | $664.26 |
| Over Time Prem | 2 | 04/18/2019 | 04/24/2019 | 2.8333 | $6.2550 | $17.72 | $333.12 |
| Bonus | | | | 0.0000 | $0.0000 | $0.00 | $25.00 |
| Holiday Pay | | | | 0.0000 | $0.0000 | $0.00 | $197.60 |
| ShftHolWrk1.5 | | | | 0.0000 | $0.0000 | $0.00 | $288.58 |

| | | | |
|---|---|---|---|
| Total Hours Worked 79.9166 | | Total Hours 79.9166 | |

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee Arrears Taken | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|---|
| Dental | Yes | $26.82 | $0.00 | $241.38 | — | — |
| Medical | Yes | $144.82 | $0.00 | $1,303.38 | — | — |
| Vision | Yes | $4.57 | $0.00 | $41.13 | — | — |
| GTL | No | $0.00 | $0.00 | $0.00 | $0.23 | $2.07 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $43.75 | $439.70 |
| Employee Medicare | $12.92 | $122.61 |
| Social Security Employee Tax | $55.26 | $524.28 |
| PA State Income Tax | $27.36 | $259.60 |
| PINE | $8.91 | $84.57 |
| PINE TWP | $2.00 | $18.00 |
| PA Unemployment Employee | $0.64 | $6.02 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| No records found | | |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxx7329 | | $740.46 |
| Total | | $740.46 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,067.51 | $891.30 | $150.84 | $176.21 | $740.46 |
| YTD | $10,041.97 | $8,456.08 | $1,454.78 | $1,585.89 | $7,001.30 |

*vsn 20180614*

# aramark

| | |
|---|---|
| Aramark Facility Services, LLC<br>2400 Market Street<br>Philadelphia, PA 19103<br>800-729-5432 | **Pay Statement**<br>Period Start Date  04/25/2019<br>Period End Date  05/08/2019<br>Pay Date  05/16/2019<br>Document  1390613<br>Net Pay  $989.85 |

## Pay Details

| Deborah G Hainer | Employee Number | 020218812 | Pay Group | Bi-Weekly A Wednesday 4 | Federal Income Tax | S 0 |
|---|---|---|---|---|---|---|
| 1565 Goldbaugh Lane | Pay Frequency | Biweekly | Location | 12311 Perry Hwy | PA State Income Tax (Residence) | S 0 |
| Wexford, PA 15090 | | | Line Of Bus | 82LOB - Facility Services | PA  State Income Tax (Work) | S 0 |
| USA | | | Service Type | 400 - Custodial Services | | |
| | | | Profit Ctr | 000008414 | | |
| | | | District | 82856L - Gasparovic, Daniel | | |

## Earnings

| Pay Type | Week | Period Start | Period End | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|---|
| Regular Pay-Hourly | 1 | 04/25/2019 | 05/01/2019 | 40.0000 | $12.5100 | $500.40 | |
| Regular Pay-Hourly | 2 | 05/02/2019 | 05/08/2019 | 40.0000 | $12.5100 | $500.40 | $9,183.93 |
| Over Time Base | 1 | 04/25/2019 | 05/01/2019 | 3.4333 | $12.5100 | $42.95 | |
| Over Time Base | 2 | 05/02/2019 | 05/08/2019 | 17.7667 | $12.5100 | $222.26 | $929.47 |
| Over Time Prem | 1 | 04/25/2019 | 05/01/2019 | 3.4333 | $6.8306 | $23.45 | |
| Over Time Prem | 2 | 05/02/2019 | 05/08/2019 | 17.7667 | $6.2550 | $111.13 | $467.70 |
| Incentive Award | 1 | 04/25/2019 | 05/01/2019 | | | $50.00 | $50.00 |
| PaidTimeOffChrg | | | | 0.0000 | $0.0000 | $0.00 | $350.28 |
| Holiday Pay | | | | 0.0000 | $0.0000 | $0.00 | $197.60 |
| ShftHolWrk1.5 | | | | 0.0000 | $0.0000 | $0.00 | $288.58 |
| Bonus | | | | 0.0000 | $0.0000 | $0.00 | $25.00 |

| Total Hours Worked  101.2000 | Total Hours  101.2000 |
|---|---|

## Deductions

| Deduction | Pre-Tax | Current | Employee | | Employer | |
|---|---|---|---|---|---|---|
| | | | Arrears Taken | YTD | Current | YTD |
| Dental | Yes | $26.82 | $0.00 | $268.20 | — | — |
| Medical | Yes | $144.82 | $0.00 | $1,448.20 | — | — |
| Vision | Yes | $4.57 | $0.00 | $45.70 | — | — |
| GTL | No | $0.00 | $0.00 | $0.00 | $0.23 | $2.30 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $132.31 | $572.01 |
| Employee Medicare | $18.48 | $141.09 |
| Social Security Employee Tax | $79.01 | $603.29 |
| PA State Income Tax | $39.12 | $298.72 |
| PINE | $12.74 | $97.31 |
| PINE TWP | $2.00 | $20.00 |
| PA Unemployment Employee | $0.87 | $6.89 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| No records found | | |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| Check amount | | $989.85 |
| Total | | $989.85 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,450.59 | $1,274.38 | $284.53 | $176.21 | $989.85 |
| YTD | $11,492.56 | $9,730.46 | $1,739.31 | $1,762.10 | $7,991.15 |

vsn 20180614

# aramark

Aramark Facility Services, LLC
2400 Market Street
Philadelphia, PA 19103
800-729-5432

| Pay Statement | |
| --- | --- |
| Period Start Date | 05/09/2019 |
| Period End Date | 05/22/2019 |
| Pay Date | 05/30/2019 |
| Document | 9791854 |
| Net Pay | $1,085.22 |

## Pay Details

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| Deborah G Hainer | Employee Number | 020218812 | Pay Group | Bi-Weekly A Wednesday 4 | Federal Income Tax | S 0 |
| 1565 Goldbaugh Lane | Pay Frequency | Biweekly | Location | 12311 Perry Hwy | PA State Income Tax (Residence) | S 0 |
| Wexford, PA 15090 | | | Line Of Bus | 82LOB - Facility Services | PA State Income Tax (Work) | S 0 |
| USA | | | Service Type | 400 - Custodial Services | | |
| | | | Profit Ctr | 000008414 | | |
| | | | District | 82856L - Gasparovic, Daniel | | |

## Earnings

| Pay Type | Week | Period Start | Period End | Hours | Pay Rate | Current | YTD |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Regular Pay-Hourly | 1 | 05/09/2019 | 05/15/2019 | 40.0000 | $12.5100 | $500.40 | |
| Regular Pay-Hourly | 2 | 05/16/2019 | 05/22/2019 | 40.0000 | $12.5100 | $500.40 | $10,184.73 |
| Over Time Base | 1 | 05/09/2019 | 05/15/2019 | 11.0000 | $12.5100 | $137.61 | |
| Over Time Base | 2 | 05/16/2019 | 05/22/2019 | 15.2500 | $12.5100 | $190.78 | $1,257.86 |
| Over Time Prem | 1 | 05/09/2019 | 05/15/2019 | 11.0000 | $6.2550 | $68.80 | |
| Over Time Prem | 2 | 05/16/2019 | 05/22/2019 | 15.2500 | $6.9338 | $105.74 | $642.24 |
| Incentive Award | 2 | 05/16/2019 | 05/22/2019 | | | $75.00 | $125.00 |
| Holiday Pay | | | | 0.0000 | $0.0000 | $0.00 | $197.60 |
| ShftHolWrk1.5 | | | | 0.0000 | $0.0000 | $0.00 | $288.58 |
| PaidTimeOffChrg | | | | 0.0000 | $0.0000 | $0.00 | $350.28 |
| Bonus | | | | 0.0000 | $0.0000 | $0.00 | $25.00 |

| Total Hours Worked  106.2500 | Total Hours  106.2500 |
| --- | --- |

## Deductions

| | | | Employee | | | Employer | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Deduction | Pre-Tax | Current | | Arrears Taken | YTD | Current | YTD |
| Dental | Yes | $26.82 | | $0.00 | $295.02 | — | — |
| Medical | Yes | $144.82 | | $0.00 | $1,593.02 | — | — |
| Vision | Yes | $4.57 | | $0.00 | $50.27 | — | — |
| GTL | No | $0.00 | | $0.00 | $0.00 | $0.23 | $2.53 |

## Taxes

| Tax | Current | YTD |
| --- | --- | --- |
| Federal Income Tax | $149.97 | $721.98 |
| Employee Medicare | $20.34 | $161.43 |
| Social Security Employee Tax | $86.95 | $690.24 |
| PA State Income Tax | $43.06 | $341.78 |
| PINE | $14.03 | $111.34 |
| PINE TWP | $2.00 | $22.00 |
| PA Unemployment Employee | $0.95 | $7.84 |

## Paid Time Off

| Plan | Current | Balance |
| --- | --- | --- |
| No records found | | |

## Net Pay Distribution

| Account Number | Account Type | Amount |
| --- | --- | --- |
| xxxxx7329 | | $1,085.22 |
| Total | | $1,085.22 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
| --- | --- | --- | --- | --- | --- |
| Current | $1,578.73 | $1,402.52 | $317.30 | $176.21 | $1,085.22 |
| YTD | $13,071.29 | $11,132.98 | $2,056.61 | $1,938.31 | $9,076.37 |

vsn 20180614

# aramark

Aramark Facility Services, LLC
2400 Market Street
Philadelphia, PA 19103
800-729-5432

| Pay Statement | |
|---|---|
| Period Start Date | 05/23/2019 |
| Period End Date | 06/05/2019 |
| Pay Date | 06/13/2019 |
| Document | 9903808 |
| Net Pay | $1,103.99 |

## Pay Details

Deborah G Hainer
1565 Goldbaugh Lane
Wexford, PA 15090
USA

| | |
|---|---|
| Employee Number | 020218812 |
| Pay Frequency | Biweekly |

| | |
|---|---|
| Pay Group | Bi-Weekly A Wednesday 4 |
| Location | 12311 Perry Hwy |
| Line Of Bus | 82LOB - Facility Services |
| Service Type | 400 - Custodial Services |
| Profit Ctr | 000008414 |
| District | 82856L - Gasparovic, Daniel |

| | |
|---|---|
| Federal Income Tax | S  0 |
| PA State Income Tax (Residence) | S  0 |
| PA  State Income Tax (Work) | S  0 |

## Earnings

| Pay Type | Week | Period Start | Period End | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|---|
| Regular Pay-Hourly | 1 | 05/23/2019 | 05/29/2019 | 40.0000 | $12.5100 | $500.40 | |
| Regular Pay-Hourly | 2 | 05/30/2019 | 06/05/2019 | 40.0000 | $12.5100 | $500.40 | $11,185.53 |
| Over Time Base | 1 | 05/23/2019 | 05/29/2019 | 1.5000 | $12.5100 | $18.76 | |
| Over Time Base | 2 | 05/30/2019 | 06/05/2019 | 15.7500 | $12.5100 | $197.03 | $1,473.65 |
| Over Time Prem | 1 | 05/23/2019 | 05/29/2019 | 1.5000 | $7.1586 | $10.74 | |
| Over Time Prem | 2 | 05/30/2019 | 06/05/2019 | 15.7500 | $7.1519 | $112.64 | $765.62 |
| Holiday Pay | 1 | 05/23/2019 | 05/29/2019 | 8.0000 | $12.5100 | $100.08 | $297.68 |
| Incentive Award | 1 | 05/23/2019 | 05/29/2019 | | | $75.00 | |
| Incentive Award | 2 | 05/30/2019 | 06/05/2019 | | | $100.00 | $300.00 |
| Bonus | | | | 0.0000 | $0.0000 | $0.00 | $25.00 |
| PaidTimeOffChrg | | | | 0.0000 | $0.0000 | $0.00 | $350.28 |
| ShftHolWrk1.5 | | | | 0.0000 | $0.0000 | $0.00 | $288.58 |

| Total Hours Worked  97.2500 | Total Hours  97.2500 |
|---|---|

## Deductions

| | | Employee | | | Employer | |
|---|---|---|---|---|---|---|
| Deduction | Pre-Tax | Current | Arrears Taken | YTD | Current | YTD |
| Dental | Yes | $26.82 | $0.00 | $321.84 | — | — |
| Medical | Yes | $144.82 | $0.00 | $1,737.84 | — | — |
| Vision | Yes | $4.57 | $0.00 | $54.84 | — | — |
| GTL | No | $0.00 | $0.00 | $0.00 | $0.23 | $2.76 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $163.25 | $885.23 |
| Employee Medicare | $20.86 | $182.29 |
| Social Security Employee Tax | $89.21 | $779.45 |
| PA State Income Tax | $44.17 | $385.95 |
| PINE | $14.39 | $125.73 |
| PINE TWP | $2.00 | $24.00 |
| PA Unemployment Employee | $0.97 | $8.81 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| No records found | | |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxx7329 | | $1,103.99 |
| Total | | $1,103.99 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,615.05 | $1,438.84 | $334.85 | $176.21 | $1,103.99 |
| YTD | $14,686.34 | $12,571.82 | $2,391.46 | $2,114.52 | $10,180.36 |

van 20180614

# aramark

**Aramark Facility Services, LLC**
2400 Market Street
Philadelphia, PA 19103
800-729-5432

| Pay Statement | |
|---|---|
| Period Start Date | 06/06/2019 |
| Period End Date | 06/19/2019 |
| Pay Date | 06/27/2019 |
| Document | 10014727 |
| Net Pay | $1,044.30 |

## Pay Details

| | | | | | |
|---|---|---|---|---|---|
| Deborah G Halner | Employee Number | 020218812 | Pay Group | Bi-Weekly A Wednesday 4 | Federal Income Tax | S 0 |
| 1565 Goldbaugh Lane | Pay Frequency | Biweekly | Location | 12311 Perry Hwy | PA State Income Tax (Residence) | S 0 |
| Wexford, PA 15090 | | | Line Of Bus | 82LOB - Facility Services | PA State Income Tax (Work) | S 0 |
| USA | | | Service Type | 400 - Custodial Services | | |
| | | | Profit Ctr | 000008414 | | |
| | | | District | 82856L - Gasparovic, Daniel | | |

## Earnings

| Pay Type | Week | Period Start | Period End | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|---|
| Regular Pay-Hourly | 1 | 06/06/2019 | 06/12/2019 | 40.0000 | $12.5100 | $500.40 | |
| Regular Pay-Hourly | 2 | 06/13/2019 | 06/19/2019 | 40.0000 | $12.5100 | $500.40 | $12,186.33 |
| Over Time Base | 1 | 06/06/2019 | 06/12/2019 | 2.0000 | $12.5100 | $25.02 | |
| Over Time Base | 2 | 06/13/2019 | 06/19/2019 | 12.5000 | $12.5100 | $156.38 | $1,655.05 |
| Over Time Prem | 1 | 06/06/2019 | 06/12/2019 | 2.0000 | $7.1479 | $14.30 | |
| Over Time Prem | 2 | 06/13/2019 | 06/19/2019 | 12.5000 | $6.9694 | $87.12 | $867.04 |
| Incentive Award | 1 | 06/06/2019 | 06/12/2019 | | | $75.00 | |
| Incentive Award | 2 | 06/13/2019 | 06/19/2019 | | | $75.00 | $450.00 |
| Vacation | 1 | 06/06/2019 | 06/12/2019 | 8.0000 | $12.5100 | $100.08 | $100.08 |
| Holiday Pay | | | | 0.0000 | $0.0000 | $0.00 | $297.68 |
| PaidTimeOffChrg | | | | 0.0000 | $0.0000 | $0.00 | $350.28 |
| ShftHolWrk1.5 | | | | 0.0000 | $0.0000 | $0.00 | $288.58 |
| Bonus | | | | 0.0000 | $0.0000 | $0.00 | $25.00 |

| Total Hours Worked | 94.5000 | Total Hours | 94.5000 |
|---|---|---|---|

## Deductions

| | | Employee | | | Employer | |
|---|---|---|---|---|---|---|
| Deduction | Pre-Tax | Current | Arrears Taken | YTD | Current | YTD |
| Dental | Yes | $26.82 | $0.00 | $348.66 | — | — |
| Medical | Yes | $144.82 | $0.00 | $1,882.66 | — | — |
| Vision | Yes | $4.57 | $0.00 | $59.41 | — | — |
| GTL | No | $0.00 | $0.00 | $0.00 | $0.23 | $2.99 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $151.18 | $1,036.41 |
| Employee Medicare | $19.68 | $201.97 |
| Social Security Employee Tax | $84.17 | $863.62 |
| PA State Income Tax | $41.67 | $427.62 |
| PINE | $13.57 | $139.30 |
| PINE TWP | $2.00 | $26.00 |
| PA Unemployment Employee | $0.92 | $9.73 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| No records found | | |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxx7329 | | $1,044.30 |
| Total | | $1,044.30 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,533.70 | $1,357.49 | $313.19 | $176.21 | $1,044.30 |
| YTD | $16,220.04 | $13,929.31 | $2,704.65 | $2,290.73 | $11,224.66 |

vsn 20180614

# aramark

Aramark Facility Services, LLC
2400 Market Street
Philadelphia, PA 19103
800-729-5432

| | |
|---|---|
| **Pay Statement** | |
| Period Start Date | 06/20/2019 |
| Period End Date | 07/03/2019 |
| Pay Date | 07/11/2019 |
| Document | 10107125 |
| Net Pay | $1,402.26 |

## Pay Details

| | | | | | |
|---|---|---|---|---|---|
| Deborah G Halner | Employee Number | 020218812 | Pay Group | Bi-Weekly A Wednesday 4 | |
| 1565 Goldbaugh Lane | Pay Frequency | Biweekly | Location | 12311 Perry Hwy | |
| Wexford, PA 15090 | | | Line Of Bus | 82LOB - Facility Services | |
| USA | | | Service Type | 400 - Custodial Services | |
| | | | Profit Ctr | 000008414 | |
| | | | District | 82856L - Gasparovic, Daniel | |

| | | |
|---|---|---|
| Federal Income Tax | S | 0 |
| PA State Income Tax (Residence) | S | 0 |
| PA State Income Tax (Work) | S | 0 |

## Earnings

| Pay Type | Week | Period Start | Period End | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|---|
| Regular Pay-Hourly | 1 | 06/20/2019 | 06/26/2019 | 40.0000 | $12.5100 | $500.40 | |
| Regular Pay-Hourly | 2 | 06/27/2019 | 07/03/2019 | 40.0000 | $12.5100 | $500.40 | $13,187.13 |
| Over Time Base | 1 | 06/20/2019 | 06/26/2019 | 23.0000 | $12.5100 | $287.73 | |
| Over Time Base | 2 | 06/27/2019 | 07/03/2019 | 21.2500 | $12.5100 | $265.84 | $2,208.62 |
| Over Time Prem | 1 | 06/20/2019 | 06/26/2019 | 23.0000 | $6.8503 | $157.56 | |
| Over Time Prem | 2 | 06/27/2019 | 07/03/2019 | 21.2500 | $6.8673 | $145.93 | $1,170.53 |
| Incentive Award | 1 | 06/20/2019 | 06/26/2019 | | | $75.00 | |
| Incentive Award | 2 | 06/27/2019 | 07/03/2019 | | | $75.00 | $600.00 |
| Holiday Pay | | | | 0.0000 | $0.0000 | $0.00 | $297.68 |
| ShftHolWrk1.5 | | | | 0.0000 | $0.0000 | $0.00 | $288.58 |
| Bonus | | | | 0.0000 | $0.0000 | $0.00 | $25.00 |
| PaidTimeOffChrg | | | | 0.0000 | $0.0000 | $0.00 | $350.28 |
| Vacation | | | | 0.0000 | $0.0000 | $0.00 | $100.08 |

| Total Hours Worked  124.2500 | Total Hours  124.2500 |
|---|---|

## Deductions

| Deduction | Pre-Tax | Employee | | | Employer | |
|---|---|---|---|---|---|---|
| | | Current | Arrears Taken | YTD | Current | YTD |
| Dental | Yes | $26.82 | $0.00 | $375.48 | — | — |
| Medical | Yes | $144.82 | $0.00 | $2,027.48 | — | — |
| Vision | Yes | $4.57 | $0.00 | $63.98 | — | — |
| GTL | No | $0.00 | $0.00 | $0.00 | $0.23 | $3.22 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $211.52 | $1,247.93 |
| Employee Medicare | $26.56 | $228.53 |
| Social Security Employee Tax | $113.56 | $977.18 |
| PA State Income Tax | $56.23 | $483.85 |
| PINE | $18.32 | $157.62 |
| PINE TWP | $2.00 | $28.00 |
| PA Unemployment Employee | $1.20 | $10.93 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| No records found | | |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxx7329 | | $1,402.26 |
| Total | | $1,402.26 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,007.86 | $1,831.65 | $429.39 | $176.21 | $1,402.26 |
| YTD | $18,227.90 | $15,760.96 | $3,134.04 | $2,466.94 | $12,626.92 |

vsn 20180614

# aramark

Aramark Facility Services, LLC
2400 Market Street
Philadelphia, PA 19103
800-729-5432

| Pay Statement | |
| --- | --- |
| Period Start Date | 07/04/2019 |
| Period End Date | 07/17/2019 |
| Pay Date | 07/25/2019 |
| Document | 10223051 |
| Net Pay | $934.73 |

## Pay Details

Deborah G Hainer
1565 Goldbaugh Lane
Wexford, PA 15090
USA

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| Employee Number | 020218812 | Pay Group | Bi-Weekly A Wednesday 4 | Federal Income Tax | S 0 |
| Pay Frequency | Biweekly | Location | 12311 Perry Hwy | PA State Income Tax (Residence) | S 0 |
| | | Line Of Bus | 82LOB - Facility Services | PA State Income Tax (Work) | S 0 |
| | | Service Type | 400 - Custodial Services | | |
| | | Profit Ctr | 000008414 | | |
| | | District | 82856L - Gasparovic, Daniel | | |

## Earnings

| Pay Type | Week | Period Start | Period End | Hours | Pay Rate | Current | YTD |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Regular Pay-Hourly | 1 | 07/04/2019 | 07/10/2019 | 27.5000 | $12.5100 | $344.02 | |
| Regular Pay-Hourly | 2 | 07/11/2019 | 07/17/2019 | 40.0000 | $12.5100 | $500.40 | $14,031.55 |
| Holiday Pay | 1 | 07/04/2019 | 07/10/2019 | 8.0000 | $12.5100 | $100.08 | $397.76 |
| Incentive Award | 1 | 07/04/2019 | 07/10/2019 | | | $75.00 | |
| Incentive Award | 2 | 07/11/2019 | 07/17/2019 | | | $75.00 | $750.00 |
| PaidTimeOffChrg | 1 | 07/04/2019 | 07/10/2019 | 8.0000 | $12.5100 | $100.08 | $450.36 |
| Over Time Base | 2 | 07/11/2019 | 07/17/2019 | 10.0000 | $12.5100 | $125.10 | $2,333.72 |
| Over Time Prem | 2 | 07/11/2019 | 07/17/2019 | 10.0000 | $7.0050 | $70.05 | $1,240.58 |
| ShftHolWrk1.5 | | | | 0.0000 | $0.0000 | $0.00 | $288.58 |
| Bonus | | | | 0.0000 | $0.0000 | $0.00 | $25.00 |
| Vacation | | | | 0.0000 | $0.0000 | $0.00 | $100.08 |

| Total Hours Worked | 77.5000 | Total Hours | 77.5000 |
| --- | --- | --- | --- |

## Deductions

| Deduction | Pre-Tax | Employee | | | Employer | |
| --- | --- | --- | --- | --- | --- | --- |
| | | Current | Arrears Taken | YTD | Current | YTD |
| Dental | Yes | $26.82 | $0.00 | $402.30 | — | — |
| Medical | Yes | $144.82 | $0.00 | $2,172.30 | — | — |
| Vision | Yes | $4.57 | $0.00 | $68.55 | — | — |
| GTL | No | $0.00 | $0.00 | $0.00 | $0.23 | $3.45 |

## Taxes

| Tax | Current | YTD |
| --- | --- | --- |
| Federal Income Tax | $133.72 | $1,381.65 |
| Employee Medicare | $17.60 | $246.13 |
| Social Security Employee Tax | $75.24 | $1,052.42 |
| PA State Income Tax | $37.26 | $521.11 |
| PINE | $12.14 | $169.76 |
| PINE TWP | $2.00 | $30.00 |
| PA Unemployment Employee | $0.83 | $11.76 |

## Paid Time Off

| Plan | Current | Balance |
| --- | --- | --- |
| No records found | | |

## Net Pay Distribution

| Account Number | Account Type | Amount |
| --- | --- | --- |
| xxxxx7329 | | $934.73 |
| Total | | $934.73 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
| --- | --- | --- | --- | --- | --- |
| Current | $1,389.73 | $1,213.52 | $278.79 | $176.21 | $934.73 |
| YTD | $19,617.63 | $16,974.48 | $3,412.83 | $2,643.15 | $13,561.65 |

vsn 20180614