UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
9/17/19 10:14 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | |
|---|---|---|
| IN RE:  Deborah Hainer | ) | Case No. 19-23474 |
| Debtor(s) | ) | Chapter 13 |
| | ) | Filed Under Local Rule |
| Deborah Hainer | ) | 9013.4 6 (c) |
| Debtor/movant | ) | Related to Dkt. No. 9 |
| Ronda Winnecour, | ) | |
| Trustee/Respondent | ) | |

ORDER OF COURT

AND NOW, this   17th   Day of   September,  2019,   it is hereby Ordered,

Adjudged and Decreed that the time for the filing of the completion of the Bankruptcy documents for

the above captioned case is extended to  September 30, 2019.

By the Court

_____
United States Bankruptcy Judge jah

Case Administrator to serve:  Debtor, Counsel for Debtor and Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                    Case No. 19-23474-GLT
DEBORAH G. HAINER                                                                          Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2              User: culy                Page 1 of 1          Date Rcvd: Sep 17, 2019
                                 Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 19, 2019.
db             +DEBORAH G. HAINER,    1565 GOLDBAUGH LANE,    WEXFORD, PA 15090-7933

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 17, 2019 at the address(es) listed below:
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
         Russell A. Burdelski    on behalf of Debtor DEBORAH G. HAINER atyrusb@choiceonemail.com
                                                                                TOTAL: 3