UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
9/10/21 5:16 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE: <u>Deborah Hainer</u>            )    BK Case No 19-23474-GLT

    Deborah Hainer.                )    Chapter 13

        Plaintiff/movant       )

v.                                    )    Response Deadline 9/20/21

                               )

RONDA WINNECOUR                       )

        Defendant/Respondent   )    Hearing Date 10/20/21 @ 10:00am

                                        Related Dkt. No. 40 and 43

ORDER OF COURT

AND NOW, this ___10th___ day of September_____, 20 21 , it is hereby

ORDERED, ADJUDGED, AND DECREED that the Motion to Dismiss the case is withdrawn.

BY THE COURT

Dated: 9/10/21

_____
UNITED STATES BANKRUPTCY JUDGE

Russ@BurdelskiLaw.com

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-23474-GLT |
| DEBORAH G. HAINER | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: culy    Page 1 of 1
Date Rcvd: Sep 13, 2021    Form ID: pdf900    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + DEBORAH G. HAINER, 1565 GOLDBAUGH LANE, WEXFORD, PA 15090-7933 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 15, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Wilmington Trust National Association, not in its individual capacity, but solely as trustee of MFRA Trust 2014-2 bnicholas@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Russell A. Burdelski | on behalf of Debtor DEBORAH G. HAINER Russ@BurdelskiLaw.com russ.burdelski@gmail.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com |

TOTAL: 5