FILED
10/31/22 3:18 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No. 19-23474-GLT |
| **DEBORAH HAINER**, | Chapter 13 |
| *Debtor*. | |
| **RUSSELL A. BURDELSKI**, | Related to Dkt. No. 53 |
| *Applicant*. | |
| v. | |
| (No Respondent) | |

## ORDER APPROVING FEE APPLICATION AS MODIFIED

The Court received the *Application for Compensation of Russel A. Burdelski for Interim Compensation and Reimbursement of Expenses as Counsel for the Debtor* [Dkt. No. 53]. The application requests approval of compensation in the amount of $1,492 for services rendered on behalf of the Debtor for the period between August 14, 2019 through October 7, 2022, including $1,425 in fees and $67 in costs. No timely objection to the application was filed.

Upon careful review of the application, the Court notes several errors. First, the application's itemization of fees lists an entry of .2 hours for category 6 administrative work performed by Alainee Summerville on September 19, 2019, charged at the rate of $250 an hour (rather than at the rate of $100 an hour for administrative professionals). Further, the itemization of fees concludes that there was a total of 24.1 hours worked, but the hours recorded in the itemization only add up to 23.8 hours. The itemization concludes that 20.1 attorney hours and 4 administrative hours were worked (totaling $5,425 in fees), but the sum of each line item actually tallies 19.5 attorney hours and 4.3 administrative hours worked (totaling $5,305 in fees).

The Court calculates that the correct amount of fees is $5,305. Because Debtor's counsel has already been approved to be paid $4,000 to date, the remaining balance owed for fees is $1,305. With no support given for any additional fees, the total amount of compensation which can be approved by the Court is $1,372, representing $1,305 in fees and $67 in costs. This amount reflects the adjustments made by the Court which corrects the administrative work being incorrectly billed for at a higher rate, and the overall miscalculation of total hours worked on behalf of the Debtor.

Based on the foregoing, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the application is **APPROVED** as modified, for the total amount of **$1,372** for services rendered on behalf of the Debtor for the period of August 14, 2019 through October 7, 2022, which reflects $1,305 in fees and $67 in costs.

The Clerk shall record the total award of compensation in the amount of $1,372.

Dated: October 31, 2022

GREGORY L. TADDONIO  jah
CHIEF UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-23474-GLT |
| DEBORAH G. HAINER | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Oct 31, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 02, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + DEBORAH G. HAINER, 1565 GOLDBAUGH LANE, WEXFORD, PA 15090-7933 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2022          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Wilmington Trust  National Association, not in its individual capacity, but solely as trustee of MFRA Trust 2014-2 bnicholas@kmllawgroup.com |
| Lauren Moyer | on behalf of Creditor PLANET HOME LENDING as servicer for Wilmington Trust  National Association, not in its individual capacity, but solely as trustee of MFRA Trust 2014-2 lmoyer@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Russell A. Burdelski | on behalf of Debtor DEBORAH G. HAINER Russ@BurdelskiLaw.com  russ.burdelski@gmail.com |

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Oct 31, 2022 | Form ID: pdf900 | Total Noticed: 1

S. James Wallace on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

TOTAL: 6