**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>DEBORAH G. HAINER | Case No. 19-23474GLT |
| Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee, | Chapter 13 |
| Movant<br>vs.<br>MCCANDLESS TWP SANITARY AUTH | Document No __ |
| Respondents | |

**NOTICE OF FUNDS ON RESERVE**

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

> CREDITOR HAS NOT FILED A PROOF OF CLAIM AND PAYMENTS ARE BEING MADE PURSUANT TO THE CONFIRMED PLAN. THE CREDITOR HAS FAILED TO CASH DISTRIBUTION CHECKS SINCE MARCH 2023 WITHOUT EXPLANATION.

| | |
|---|---|
| MCCANDLESS TWP SANITARY AUTH<br>418 W ARCADIA DR<br>PITTSBURGH, PA 15237 | Court claim# /Trustee CID# 4 |

The Movant further certifies that on 09/22/2023 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc:  debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

DEBTOR(S):
DEBORAH G. HAINER, 1565 GOLDBAUGH LANE, WEXFORD, PA  15090

DEBTOR'S COUNSEL:
RUSSELL A BURDELSKI ESQ*, LAW OFFICES RUSSELL A BURDELSKI, 1020 PERRY HWY, PITTSBURGH, PA  15237

ORIGINAL CREDITOR:
MCCANDLESS TWP SANITARY AUTH, 418 W ARCADIA DR, PITTSBURGH, PA  15237

NEW CREDITOR: