| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | **DEBORAH G. HAINER** |
| Debtor 2 (Spouse, if filing) | |
| Unites States Bankruptcy Court for the: | **Western District of Pennsylvania** |
| | (State) |
| Case Number: | **19-23474GLT** |

## Form 4100N
# Notice of Final Cure Payment

**10/15**

**File a separate notice for each creditor.**

**According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.**

### Part 1:   Mortgage Information

**Name of creditor:**   WILMINGTON TRUST NA - TRUSTEE FOR

**Court claim no.** (if known):
4

**Last 4 digits** of any number you use to identify the debtor's account     8   0   2   6

**Property Address:**     1565 GOLDBAUGH LN
WEXFORD PA 15090

### Part 2:   Cure Amount

| Total cure disbursments made by the trustee: | | Amount |
|---|---|---|
| a.   Allowed prepetition arrearage: | (a) $ | 22,676.28 |
| b.   Prepetition arrearage paid by the trustee: | (b) $ | 22,676.28 |
| c.   Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | (c) $ | 0.00 |
| d.   Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | (d) $ | 0.00 |
| e.   Allowed postpetition arrearage: | (e) $ | 0.00 |
| f.   Postpetition arrearage paid by the trustee: | + (f) $ | 0.00 |
| g.   **Total.** Add lines b, d, and f. | (g) $ | 22,676.28 |

### Part 3:   Postpetition Mortgage Payment

*Check one*

Mortgage is paid through the trustee.

Current monthly mortgage payment     $   $1,112.99

The next postpetition payment is due on     10 / 1 / 2024
MM / DD / YYYY

🖉 Mortgage is paid directly by the debtor(s).

| Debtor 1 | **DEBORAH G. HAINER** | Case number *(if known)* | **19-23474GLT** |
|---|---|---|---|
| | Name | | |

---

| **Part 4:** | **A Response Is Required By Bankruptcy Rule 3002.1(g)** |
|---|---|

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

/s/ Ronda J. Winnecour
Signature

Date   08/29/2024

| Trustee | Ronda J. Winnecour |
|---|---|
| Address | CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219 |
| Contact phone | (412) 471-5566 |

Email   cmecf@chapter13trusteewdpa.com

| Debtor 1 | **DEBORAH G. HAINER** | | | Case number *(if known)* **19-23474GLT** | |
|---|---|---|---|---|---|
| | Name | | | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---|
| **MORTGAGE ARR. (Part 2 (b))** | | | | |
| 03/23/2020 | 1155114 | WILMINGTON TRUST NA - TRUSTEE FOR I | AMOUNTS DISBURSED TO CREDITOR | 45.37 |
| 04/27/2020 | 1158570 | WILMINGTON TRUST NA - TRUSTEE FOR I | AMOUNTS DISBURSED TO CREDITOR | 370.73 |
| 05/26/2020 | 1161897 | WILMINGTON TRUST NA - TRUSTEE FOR I | AMOUNTS DISBURSED TO CREDITOR | 325.92 |
| 06/26/2020 | 1165072 | WILMINGTON TRUST NA - TRUSTEE FOR I | AMOUNTS DISBURSED TO CREDITOR | 325.44 |
| 07/29/2020 | 1168161 | WILMINGTON TRUST NA - TRUSTEE FOR I | AMOUNTS DISBURSED TO CREDITOR | 324.96 |
| 08/25/2020 | 1171224 | WILMINGTON TRUST NA - TRUSTEE FOR I | AMOUNTS DISBURSED TO CREDITOR | 529.59 |
| 09/28/2020 | 1174348 | WILMINGTON TRUST NA - TRUSTEE FOR I | AMOUNTS DISBURSED TO CREDITOR | 528.80 |
| 10/26/2020 | 1177407 | WILMINGTON TRUST NA - TRUSTEE FOR I | AMOUNTS DISBURSED TO CREDITOR | 553.23 |
| 11/24/2020 | 1180469 | WILMINGTON TRUST NA - TRUSTEE FOR I | AMOUNTS DISBURSED TO CREDITOR | 552.39 |
| 12/21/2020 | 1183365 | WILMINGTON TRUST NA - TRUSTEE FOR I | AMOUNTS DISBURSED TO CREDITOR | 547.42 |
| 01/25/2021 | 1186407 | WILMINGTON TRUST NA - TRUSTEE FOR I | AMOUNTS DISBURSED TO CREDITOR | 549.33 |
| 02/22/2021 | 1189521 | WILMINGTON TRUST NA - TRUSTEE FOR I | AMOUNTS DISBURSED TO CREDITOR | 548.48 |
| 03/26/2021 | 1192851 | WILMINGTON TRUST NA - TRUSTEE FOR I | AMOUNTS DISBURSED TO CREDITOR | 547.63 |
| 05/25/2021 | 1199159 | WILMINGTON TRUST NA - TRUSTEE FOR I | AMOUNTS DISBURSED TO CREDITOR | 1,065.99 |
| 06/25/2021 | 1202377 | WILMINGTON TRUST NA - TRUSTEE FOR I | AMOUNTS DISBURSED TO CREDITOR | 545.91 |
| 07/26/2021 | 1205542 | WILMINGTON TRUST NA - TRUSTEE FOR I | AMOUNTS DISBURSED TO CREDITOR | 545.04 |
| 08/26/2021 | 1208713 | WILMINGTON TRUST NA - TRUSTEE FOR I | AMOUNTS DISBURSED TO CREDITOR | 641.91 |
| 02/23/2022 | 1226858 | WILMINGTON TRUST NA - TRUSTEE FOR I | AMOUNTS DISBURSED TO CREDITOR | 1,024.13 |
| 03/25/2022 | 1229873 | WILMINGTON TRUST NA - TRUSTEE FOR I | AMOUNTS DISBURSED TO CREDITOR | 1,204.22 |
| 04/26/2022 | 1232922 | WILMINGTON TRUST NA - TRUSTEE FOR I | AMOUNTS DISBURSED TO CREDITOR | 1,202.26 |
| 05/25/2022 | 1235947 | WILMINGTON TRUST NA - TRUSTEE FOR I | AMOUNTS DISBURSED TO CREDITOR | 1,200.28 |
| 09/27/2022 | 1247639 | WILMINGTON TRUST NA - TRUSTEE FOR I | AMOUNTS DISBURSED TO CREDITOR | 201.70 |
| 10/25/2022 | 1250421 | WILMINGTON TRUST NA - TRUSTEE FOR I | AMOUNTS DISBURSED TO CREDITOR | 1,115.08 |
| 11/23/2022 | 1253231 | WILMINGTON TRUST NA - TRUSTEE FOR I | AMOUNTS DISBURSED TO CREDITOR | 1,113.22 |
| 12/22/2022 | 1255958 | WILMINGTON TRUST NA - TRUSTEE FOR I | AMOUNTS DISBURSED TO CREDITOR | 1,111.34 |
| 01/26/2023 | 1258678 | WILMINGTON TRUST NA - TRUSTEE FOR I | AMOUNTS DISBURSED TO CREDITOR | 19.39 |
| 02/23/2023 | 1261232 | WILMINGTON TRUST NA - TRUSTEE FOR I | AMOUNTS DISBURSED TO CREDITOR | 1,102.58 |
| 03/28/2023 | 1264059 | WILMINGTON TRUST NA - TRUSTEE FOR I | AMOUNTS DISBURSED TO CREDITOR | 1,106.81 |
| 04/25/2023 | 1266858 | WILMINGTON TRUST NA - TRUSTEE FOR I | AMOUNTS DISBURSED TO CREDITOR | 1,104.90 |
| 05/25/2023 | 1269749 | WILMINGTON TRUST NA - TRUSTEE FOR I | AMOUNTS DISBURSED TO CREDITOR | 1,102.97 |
| 06/26/2023 | 1272624 | WILMINGTON TRUST NA - TRUSTEE FOR I | AMOUNTS DISBURSED TO CREDITOR | 1,077.22 |
| 07/25/2023 | 1275373 | WILMINGTON TRUST NA - TRUSTEE FOR I | AMOUNTS DISBURSED TO CREDITOR | 442.04 |
| | | | | 22,676.28 |
| | | | | |
| **MORTGAGE REGULAR PAYMENT (Part 3)** | | | | |
| 11/25/2019 | 1141263 | WILMINGTON TRUST NA - TRUSTEE FOR I | AMOUNTS DISBURSED TO CREDITOR | 3,048.11 |
| 12/23/2019 | 1144632 | WILMINGTON TRUST NA - TRUSTEE FOR I | AMOUNTS DISBURSED TO CREDITOR | 1,311.47 |
| 01/28/2020 | 1148111 | WILMINGTON TRUST NA - TRUSTEE FOR I | AMOUNTS DISBURSED TO CREDITOR | 1,314.52 |
| 02/25/2020 | 1151655 | WILMINGTON TRUST NA - TRUSTEE FOR I | AMOUNTS DISBURSED TO CREDITOR | 1,314.93 |
| 03/23/2020 | 1155114 | WILMINGTON TRUST NA - TRUSTEE FOR I | AMOUNTS DISBURSED TO CREDITOR | 1,148.59 |
| 04/27/2020 | 1158570 | WILMINGTON TRUST NA - TRUSTEE FOR I | AMOUNTS DISBURSED TO CREDITOR | 1,025.13 |
| 05/26/2020 | 1161897 | WILMINGTON TRUST NA - TRUSTEE FOR I | AMOUNTS DISBURSED TO CREDITOR | 1,025.13 |
| 06/26/2020 | 1165072 | WILMINGTON TRUST NA - TRUSTEE FOR I | AMOUNTS DISBURSED TO CREDITOR | 1,025.13 |
| 07/29/2020 | 1168161 | WILMINGTON TRUST NA - TRUSTEE FOR I | AMOUNTS DISBURSED TO CREDITOR | 1,025.13 |
| 08/25/2020 | 1171224 | WILMINGTON TRUST NA - TRUSTEE FOR I | AMOUNTS DISBURSED TO CREDITOR | 1,025.13 |
| 09/28/2020 | 1174348 | WILMINGTON TRUST NA - TRUSTEE FOR I | AMOUNTS DISBURSED TO CREDITOR | 1,025.13 |
| 10/26/2020 | 1177407 | WILMINGTON TRUST NA - TRUSTEE FOR I | AMOUNTS DISBURSED TO CREDITOR | 1,025.13 |
| 11/24/2020 | 1180469 | WILMINGTON TRUST NA - TRUSTEE FOR I | AMOUNTS DISBURSED TO CREDITOR | 1,025.13 |
| 12/21/2020 | 1183365 | WILMINGTON TRUST NA - TRUSTEE FOR I | AMOUNTS DISBURSED TO CREDITOR | 1,030.20 |
| 01/25/2021 | 1186407 | WILMINGTON TRUST NA - TRUSTEE FOR I | AMOUNTS DISBURSED TO CREDITOR | 1,026.82 |
| 02/22/2021 | 1189521 | WILMINGTON TRUST NA - TRUSTEE FOR I | AMOUNTS DISBURSED TO CREDITOR | 1,026.82 |
| 03/26/2021 | 1192851 | WILMINGTON TRUST NA - TRUSTEE FOR I | AMOUNTS DISBURSED TO CREDITOR | 1,026.82 |
| 05/25/2021 | 1199159 | WILMINGTON TRUST NA - TRUSTEE FOR I | AMOUNTS DISBURSED TO CREDITOR | 2,053.64 |
| 06/25/2021 | 1202377 | WILMINGTON TRUST NA - TRUSTEE FOR I | AMOUNTS DISBURSED TO CREDITOR | 1,026.82 |
| 07/26/2021 | 1205542 | WILMINGTON TRUST NA - TRUSTEE FOR I | AMOUNTS DISBURSED TO CREDITOR | 1,026.82 |
| 08/26/2021 | 1208713 | WILMINGTON TRUST NA - TRUSTEE FOR I | AMOUNTS DISBURSED TO CREDITOR | 1,026.82 |
| 11/22/2021 | 1217880 | WILMINGTON TRUST NA - TRUSTEE FOR I | AMOUNTS DISBURSED TO CREDITOR | 2,524.60 |
| 01/26/2022 | 1224016 | WILMINGTON TRUST NA - TRUSTEE FOR I | AMOUNTS DISBURSED TO CREDITOR | 2,524.60 |
| 02/23/2022 | 1226858 | WILMINGTON TRUST NA - TRUSTEE FOR I | AMOUNTS DISBURSED TO CREDITOR | 1,111.72 |
| 03/25/2022 | 1229873 | WILMINGTON TRUST NA - TRUSTEE FOR I | AMOUNTS DISBURSED TO CREDITOR | 1,026.82 |
| 04/26/2022 | 1232922 | WILMINGTON TRUST NA - TRUSTEE FOR I | AMOUNTS DISBURSED TO CREDITOR | 1,026.82 |
| 05/25/2022 | 1235947 | WILMINGTON TRUST NA - TRUSTEE FOR I | AMOUNTS DISBURSED TO CREDITOR | 1,026.82 |
| 07/26/2022 | 1241891 | WILMINGTON TRUST NA - TRUSTEE FOR I | AMOUNTS DISBURSED TO CREDITOR | 2,103.01 |

| Debtor 1 | **DEBORAH G. HAINER** | Case number *(if known)* | **19-23474GLT** |
|---|---|---|---|
| | Name | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---|
| **MORTGAGE REGULAR PAYMENT (Part 3) Continued...** | | | | |
| 09/27/2022 | 1247639 | WILMINGTON TRUST NA - TRUSTEE FOR I | AMOUNTS DISBURSED TO CREDITOR | 2,152.38 |
| 10/25/2022 | 1250421 | WILMINGTON TRUST NA - TRUSTEE FOR I | AMOUNTS DISBURSED TO CREDITOR | 1,076.19 |
| 11/23/2022 | 1253231 | WILMINGTON TRUST NA - TRUSTEE FOR I | AMOUNTS DISBURSED TO CREDITOR | 1,076.19 |
| 12/22/2022 | 1255958 | WILMINGTON TRUST NA - TRUSTEE FOR I | AMOUNTS DISBURSED TO CREDITOR | 1,076.19 |
| 01/26/2023 | 1258678 | WILMINGTON TRUST NA - TRUSTEE FOR I | AMOUNTS DISBURSED TO CREDITOR | 1,076.19 |
| 02/23/2023 | 1261232 | WILMINGTON TRUST NA - TRUSTEE FOR I | AMOUNTS DISBURSED TO CREDITOR | 1,076.19 |
| 03/28/2023 | 1264059 | WILMINGTON TRUST NA - TRUSTEE FOR I | AMOUNTS DISBURSED TO CREDITOR | 1,076.19 |
| 04/25/2023 | 1266858 | WILMINGTON TRUST NA - TRUSTEE FOR I | AMOUNTS DISBURSED TO CREDITOR | 1,076.19 |
| 05/25/2023 | 1269749 | WILMINGTON TRUST NA - TRUSTEE FOR I | AMOUNTS DISBURSED TO CREDITOR | 1,076.19 |
| 06/26/2023 | 1272624 | WILMINGTON TRUST NA - TRUSTEE FOR I | AMOUNTS DISBURSED TO CREDITOR | 1,076.19 |
| 07/25/2023 | 1275373 | WILMINGTON TRUST NA - TRUSTEE FOR I | AMOUNTS DISBURSED TO CREDITOR | 1,076.19 |
| 08/25/2023 | 1278176 | WILMINGTON TRUST NA - TRUSTEE FOR I | AMOUNTS DISBURSED TO CREDITOR | 1,076.19 |
| 09/26/2023 | 1280866 | WILMINGTON TRUST NA - TRUSTEE FOR I | AMOUNTS DISBURSED TO CREDITOR | 1,076.19 |
| 10/25/2023 | 1283551 | WILMINGTON TRUST NA - TRUSTEE FOR I | AMOUNTS DISBURSED TO CREDITOR | 1,076.19 |
| 11/27/2023 | 1286248 | WILMINGTON TRUST NA - TRUSTEE FOR I | AMOUNTS DISBURSED TO CREDITOR | 1,076.19 |
| 12/21/2023 | 1288793 | WILMINGTON TRUST NA - TRUSTEE FOR I | AMOUNTS DISBURSED TO CREDITOR | 1,112.99 |
| 01/26/2024 | 1291529 | WILMINGTON TRUST NA - TRUSTEE FOR I | AMOUNTS DISBURSED TO CREDITOR | 1,112.99 |
| 02/26/2024 | 1294154 | WILMINGTON TRUST NA - TRUSTEE FOR I | AMOUNTS DISBURSED TO CREDITOR | 1,112.99 |
| 03/26/2024 | 1296811 | WILMINGTON TRUST NA - TRUSTEE FOR I | AMOUNTS DISBURSED TO CREDITOR | 1,112.99 |
| 04/25/2024 | 1299488 | WILMINGTON TRUST NA - TRUSTEE FOR I | AMOUNTS DISBURSED TO CREDITOR | 1,112.99 |
| 05/29/2024 | 1302202 | WILMINGTON TRUST NA - TRUSTEE FOR I | AMOUNTS DISBURSED TO CREDITOR | 1,112.99 |
| 06/25/2024 | 1304684 | WILMINGTON TRUST NA - TRUSTEE FOR I | AMOUNTS DISBURSED TO CREDITOR | 1,112.99 |
| 07/25/2024 | 1307306 | WILMINGTON TRUST NA - TRUSTEE FOR I | AMOUNTS DISBURSED TO CREDITOR | 1,112.99 |
| 08/26/2024 | 1309846 | WILMINGTON TRUST NA - TRUSTEE FOR I | AMOUNTS DISBURSED TO CREDITOR | 1,112.99 |
| | | | | 64,163.76 |

# CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of Notice of Final Cure Payment upon the following, by regular United States mail, postage prepaid, addressed as follows:

DEBORAH G. HAINER
1565 GOLDBAUGH LANE
WEXFORD, PA  15090

RUSSELL A BURDELSKI ESQ*
LAW OFFICES RUSSELL A BURDELSKI
1020 PERRY HWY
PITTSBURGH, PA  15237

WILMINGTON TRUST NA - TRUSTEE FOR MFRA TRUST 2014-2
C/O PLANET HOME LENDING
321 RESEARCH PKWY STE 303
MERIDEN, CT  06450

PLANET HOME LENDING LLC
321 RESEARCH PARKWAY STE 303
MERIDEN, CT  06450

FRIEDMAN VARTOLO LLP
1325 FRANKLIN AVE STE 160
GARDEN CITY, NY  11530


8/29/24                                             /s/ Roberta Saunier
                                                   _____
                                                   Administrative Assistant
                                                   Office of the Chapter 13 Trustee