**Fill in this information to identify the case:**

Debtor 1 DEBORAH G. HAINER

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: WESTERN District of PENNSYI
(State)

Case number 19-23474-GLT

---

## Form 4100R

# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

---

### Part 1: Mortgage Information

**Name of creditor:** Wilmington Trust, National Association, not it's individual capacity, but solely as trustee of MFRA Trust 2014-2

**Court claim no.** (if known):
4-1

**Last 4 digits** of any number you use to identify the debtor's account: 8026

**Property address:** 1565 Goldbaugh Lane

Number        Street

_____

Wexford            PA        15090

City                State        ZIP Code

---

### Part 2: Prepetition Default Payments

*Check one:*

☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:

$ _____

---

### Part 3: Postpetition Mortgage Payment

*Check one:*

☑ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 10 / 01 / 2024
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:  (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:  + (b) $ _____

c. **Total**. Add lines a and b.  (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: ____ / ____ / _____
MM / DD / YYYY

| | |
|---|---|
| Debtor 1 | **DEBORAH G. HAINER** |
| | First Name      Middle Name      Last Name |

Case number *(if known)* __19-23474-GLT__

---

| **Part 4:** | **Itemized Payment History** |
|---|---|

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

---

| **Part 5:** | **Sign Here** |
|---|---|

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

| | | | |
|---|---|---|---|
| ✘ | /s/ Lauren Moyer | Date | 09 / 18 / 2024 |
| | Signature | | |
| Print | **Lauren Moyer** | Title | Attorney for Creditor |
| | First Name      Middle Name      Last Name | | |
| Company | **Friedman Vartolo LLP** | | |

If different from the notice address listed on the proof of claim to which this response applies:

| | |
|---|---|
| Address | 1325 Franklin Avenue, Suite 160 |
| | Number          Street |
| | Garden City          NY     11530 |
| | City          State   ZIP Code |

| | | | |
|---|---|---|---|
| Contact phone | ( 212 ) 471 _ 5100 | Email | bankruptcy@friedmanvartolo.com |

---

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

------------------------------------------------------   X
:
IN RE:  :                                       CASE NO:  19-23474-GLT

DEBORAH G. HAINER                               CHAPTER: 13

Debtor(s).:                                     HON. JUDGE.:  Gregory L Taddonio


------------------------------------------X

## CERTIFICATE OF SERVICE

On   September 18, 2024  , I caused to be served a true copy of the annexed **Response to Notice of Final Cure by** mailing the same by First Class Mail in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service, addressed to the   last   known address of the addressee, and the property address as indicated on the attached Service List annexed hereto.



By:   /s/ Lauren Moyer
FRIEDMAN VARTOLO LLP
1325 Franklin Avenue, Ste. 160
Garden City, New York 11530 T:
(212) 471-5100
F: (212) 471-5150

## SERVICE LIST

DEBORAH G. HAINER
1565 GOLDBAUGH LANE
WEXFORD, PA 15090
**Debtor**

Russell A. Burdelski
The Law Offices of Russell A. Burdelski
1020 Perry Highway
Pittsburgh, PA 15237-2109
**Debtor's Attorney**

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
**Trustee**

Office of the United States Trustee
1000 Liberty Avenue
Suite 1316
Pittsburgh, PA 15222
**U.S Trustee**